## In re Rafael VASQUEZ, Petitioner.

### No. 15–3416.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Oct. 16, 2015.

Opinion filed Oct. 21, 2015.

---

Rafael Vasquez, Minersville, PA, pro se.

Before: FUENTES, KRAUSE and SCIRICA, Circuit Judges.

OPINION *

PER CURIAM.

*Pro se* petitioner Rafael Vasquez, a federal prisoner, filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1651, seeking an order directing the United States District Court for the District of New Jersey to order the government to respond to Vasquez's motion to vacate his sentence filed pursuant to 28 U.S.C. § 2255. On October 13, 2015, the government filed its answer to Vasquez's motion. Because Vasquez has now received the relief he sought, we will dismiss the petition as moot.

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.